UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ORUCH LOWENBEIN on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN CORADIUS INTERNATIONAL, L.L.C.<br><br>Defendant. | Civil Action No. 1:11-cv-1253-CBA-MDG |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff, Oruch Lowenbein, and defendant, American Coradius International, L.L.C. ("ACI"), hereby jointly stipulate to the dismissal with prejudice of plaintiff's claims against ACI, with each side to bear its own fees and costs.

Dated, this 9th day of January, 2012.

| | |
|---|---|
| /s/ Adam J. Fishbein<br>Adam J. Fishbein, Esq.<br>Adam J. Fishbein, P.C.<br>483 Chestnut Street<br>Cedarhurst, NY 11516<br>Telephone: (516) 791-4400<br><br>Counsel for Plaintiff,<br>Oruch Lowenbein | /s/ Aaron R. Easley<br>Aaron R. Easley, Esq.<br>Sessions Fishman Nathan & Israel LLC<br>200 Route 31 North, Suite 203<br>Flemington, New Jersey 08822<br>Telephone: (908) 751-5797<br><br>Counsel for Defendant,<br>American Coradius International, LLC |

\\sfnfs02\prolawdocs\8928\8928-27433\Lowenbein, Oruch\649827.doc