UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK



| | |
|---|---|
| ORUCH LOWENBEIN on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN CORADIUS INTERNATIONAL, L.L.C.<br><br>Defendant. | Civil Action No. 1:11-cv-1253-CBA-MDG |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff, Oruch Lowenbein, and defendant, American Coradius International, L.L.C. ("ACI"), hereby jointly stipulate to the dismissal with prejudice of plaintiff's claims against ACI, with each side to bear its own fees and costs.

Dated, this 9th day of January, 2012.

/s/ Adam J. Fishbein
Adam J. Fishbein, Esq.
Adam J. Fishbein, P.C.
483 Chestnut Street
Cedarhurst, NY 11516
Telephone: (516) 791-4400

Counsel for Plaintiff,
Oruch Lowenbein

/s/ Aaron R. Easley
Aaron R. Easley, Esq.
Sessions Fishman Nathan & Israel LLC
200 Route 31 North, Suite 203
Flemington, New Jersey 08822
Telephone: (908) 751-5797

Counsel for Defendant,
American Coradius International, LLC

\\sfnfs02\prolawdocs\8928\8928-27433\Lowenbein, Oruch\649827.doc

SO ORDERED: s/CBA
January 10 2012                    USDJ